UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED DENTAL ARTS, P.C., a New York professional corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOLEDGE PRODUCTIONS LLC, a New Jersey limited liability company, and PHIL CHO, an individual,<br><br>Defendants. | Case No.: 19cv562 JM(KSC)<br><br>**ORDER OF DISMISSAL** |

On March 27, 2019, Plaintiff commenced this breach of contract action asserting subject matter jurisdiction under 28 U.S.C. § 1332(a). (Doc. No. 1 at ¶ 12.)

On April 19, 2019, this court ordered Plaintiff to show cause on or before April 26, 2019, why this matter should not be dismissed for lack of subject matter jurisdiction. (Doc. No. 3.) Specifically, the court was concerned whether there is complete diversity among the parties. Plaintiff has not responded to the Order to Show Cause.

By failing to respond to the Order to Show Cause, Plaintiff has not assuaged the court's concerns regarding jurisdiction. In order to invoke this courts diversity jurisdiction, Plaintiff must demonstrate there is complete diversity of citizenship between the parties and that the amount in controversy exceeds $75,000. *See* 28 U.S.C. 1332(a); *See Indus. Tectonics, Inc. v. Aero Alloy,* 912 F.2d 1090, 1092 (9th Cir. 1990) (the party seeking to invoke federal jurisdiction bears the burden of establishing it). To meet its burden to

1

19cv562 JM(KSC)

establish complete diversity, Plaintiff must allege the actual citizenship of all the members of the LLC. *Johnson v. Columbia Properties Anchorage LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("like a partnership, an LLC is a citizen of each state of which its owners/members are citizens."). Here, Plaintiff has not provided any further information to the court regarding the owners or members of NoLedge Productions LLC. Thus, although being given the opportunity to do so, Plaintiff has not met its burden of demonstrating there is complete diversity of citizenship.

Because Plaintiff has failed to establish diversity jurisdiction as required by 28 U.S.C. § 1332, the court lacks subject matter jurisdiction over this dispute. Accordingly, the court *sua sponte* **DISMISSES** this action for lack of subject matter jurisdiction. The Clerk of the Court shall **CLOSE** the case.

IT IS SO ORDERED.

Dated: May 7, 2019

Hon. Jeffrey T. Miller
United States District Judge